| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>WHITE AND CO ATTORNEYS AND COUNSELLORS LLC<br>523 Park Avenue, Suite 3<br>Orange, New Jersey 07050<br>973-669-0857<br>888-481-1709 telefax<br>Email to: avram@whiteandcolaw.com<br>Avram D. White, Esq.<br>Counsel to the Debtor | Order Filed on December 21, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>KIMBERLY SUSAN NORELLI,<br><br>DEBTOR. | Case No.:   23-14999-VFP<br><br>Chapter:    13<br><br>Hearing Date:   DECEMBER 21, 2023<br><br>Judge:     VINCENT F. PAPALIA |

## ORDER GRANTING MOTION TO EXTEND AND/OR AND REINSTATE STAY

The relief set forth on the following page is **ORDERED**.

**DATED: December 21, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2
Debtor: KIMBERLY SUSAN NORELLI, Debtor(s)
Chapter 13 Case no.: 23-14999-VFP
Caption of order:  **ORDER GRANTING MOTION TO EXTEND AND/OR REINSTATE THE AUTOMATIC STAY**

The Court having reviewed the debtor's Motion to Extend and/or Reinstate the Automatic Stay; and due notice having been given; and no objections having been filed it is:

    ORDERED that:

    **1.** The Automatic Stay is extended to all creditors properly served with the Motion and this Order, effective as of the date of such service.

    **2.** Debtor's counsel shall serve a copy of this Order on all creditors and other parties in interest within three (3) business days of its entry.