| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>WHITE AND CO ATTORNEYS AND COUNSELLORS LLC<br>523 Park Avenue, Suite 3<br>Orange, New Jersey 07050<br>973-669-0857<br>888-481-1709 telefax<br>Email to: avram@whiteandcolaw.com<br>Avram D. White, Esq.<br>Counsel to the Debtor | Order Filed on December 21, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | | |
|---|---|---|
| In Re:<br><br>KIMBERLY SUSAN NORELLI,<br><br>DEBTOR. | Case No.:<br><br>Chapter:<br><br>Hearing Date:<br><br>Judge: | 23-14999-VFP<br><br>13<br><br>DECEMBER 21, 2023<br><br>VINCENT F. PAPALIA |

## ORDER GRANTING MOTION TO EXTEND AND/OR AND REINSTATE STAY

The relief set forth on the following page is **ORDERED**.

**DATED: December 21, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2
Debtor: KIMBERLY SUSAN NORELLI, Debtor(s)
Chapter 13 Case no.: 23-14999-VFP
Caption of order:  **ORDER GRANTING MOTION TO EXTEND AND/OR REINSTATE THE AUTOMATIC STAY**

The Court having reviewed the debtor's Motion to Extend and/or Reinstate the Automatic Stay; and due notice having been given; and no objections having been filed it is:

ORDERED that:

1. The Automatic Stay is extended to all creditors properly served with the Motion and this Order, effective as of the date of such service.
2. Debtor's counsel shall serve a copy of this Order on all creditors and other parties in interest within three (3) business days of its entry.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-14999-VFP

Kimberly Susan Norelli  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2

Date Rcvd: Dec 21, 2023     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kimberly Susan Norelli, 20 CLIFF COURT, SUCCASUNNA, NJ 07876-1401 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2023      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Avram D White | on behalf of Debtor Kimberly Susan Norelli clistbk3@gmail.com adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jenelle C Arnold | on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing bkecfinbox@aldridgepite.com jarnold@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Sindi Mncina | on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing smncina@raslg.com |

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6