AVRAM D WHITE, ESQ,
66 HAMPTON TERRACE
ORANGE, NJ  07050

Re:   KIMBERLY SUSAN NORELLI  
     20 CLIFF COURT  
     SUCCASUNNA,  NJ  07876

Atty:   AVRAM D WHITE, ESQ,  
      66 HAMPTON TERRACE  
      ORANGE, NJ  07050

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
#### Chapter 13 Case # 23-14999

### RECEIPTS AS OF 01/01/2024      (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/25/2023 | $100.00 | | 10/13/2023 | $300.00 | 2314999-1866704535 |
| 10/27/2023 | $100.00 | | 11/20/2023 | $100.00 | |

**Total Receipts: $600.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $600.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024      (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 54.58 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | CAPITAL ONE BANK, N.A. | SECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0015 | CITIBANK, N.A. | SECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0018 | QUANTUM3 GROUP LLC | UNSECURED | 908.15 | 0.00% | 0.00 | 0.00 |
| 0019 | QUANTUM3 GROUP LLC | UNSECURED | 433.88 | 0.00% | 0.00 | 0.00 |
| 0020 | COMENITY BANK | SECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0027 | JPMORGAN CHASE BANK | SECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0028 | KOHL'S | SECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0033 | NEWREZ LLC DBA SHELLPOINT MORTGA | (NEW) Prepetition A | 100,482.68 | 0.00% | 0.00 | 0.00 |
| 0035 | SYNCHRONY FINANCIAL | SECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0036 | T MOBILE/T-MOBILE USA INC | UNSECURED | 1,310.79 | 0.00% | 0.00 | 0.00 |
| 0037 | T-MOBILE | SECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0041 | BANK OF AMERICA | UNSECURED | 1,093.53 | 0.00% | 0.00 | 0.00 |
| 0042 | LVNV FUNDING LLC | UNSECURED | 995.59 | 0.00% | 0.00 | 0.00 |
| 0043 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 219.42 | 0.00% | 0.00 | 0.00 |
| 0044 | ALLY FINANCIAL | UNSECURED | 7,789.30 | 0.00% | 0.00 | 0.00 |
| 0045 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 2,027.40 | 0.00% | 0.00 | 0.00 |
| 0046 | NEW JERSEY NATURAL GAS | UNSECURED | 1,507.14 | 0.00% | 0.00 | 0.00 |

**Total Paid: $54.58**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 12, 2024.

Receipts: $600.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $54.58    =    Funds on Hand: $646.42

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.