Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−14999−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Kimberly Susan Norelli
  20 CLIFF COURT
  SUCCASUNNA, NJ 07876

Social Security No.:
  xxx−xx−8038

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/15/24 at 10:00 AM

to consider and act upon the following:

**55** − Application For Retention of Professional LAKEWOOD GROUP REALTY as REAL ESTATE BROKER Filed by Avram D White, Aaron Mizrahi on behalf of Kimberly Susan Norelli. Objection deadline is 2/5/2024. (Attachments: # 1 Certification of Professional Lakewood Group Realty # 2 Proposed Order Allowing Application for Retention # 3 Certificate of Service Relating to Application for Retention of Professional) (Mizrahi, Aaron)

**57** − Limited Objection to Application for Retention of Professional (related document:55 Application For Retention of Professional LAKEWOOD GROUP REALTY as REAL ESTATE BROKER Filed by Avram D White, Aaron Mizrahi on behalf of Kimberly Susan Norelli. Objection deadline is 2/5/2024. (Attachments: # 1 Certification of Professional Lakewood Group Realty # 2 Proposed Order Allowing Application for Retention # 3 Certificate of Service Relating to Application for Retention of Professional) filed by Debtor Kimberly Susan Norelli) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 1/30/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court