Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−14999−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kimberly Susan Norelli
   20 CLIFF COURT
   SUCCASUNNA, NJ 07876

Social Security No.:
   xxx−xx−8038

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/15/24 at 10:00 AM

to consider and act upon the following:

**55** − Application For Retention of Professional LAKEWOOD GROUP REALTY as REAL ESTATE BROKER Filed by Avram D White, Aaron Mizrahi on behalf of Kimberly Susan Norelli. Objection deadline is 2/5/2024. (Attachments: # 1 Certification of Professional Lakewood Group Realty # 2 Proposed Order Allowing Application for Retention # 3 Certificate of Service Relating to Application for Retention of Professional) (Mizrahi, Aaron)

**57** − Limited Objection to Application for Retention of Professional (related document:55 Application For Retention of Professional LAKEWOOD GROUP REALTY as REAL ESTATE BROKER Filed by Avram D White, Aaron Mizrahi on behalf of Kimberly Susan Norelli. Objection deadline is 2/5/2024. (Attachments: # 1 Certification of Professional Lakewood Group Realty # 2 Proposed Order Allowing Application for Retention # 3 Certificate of Service Relating to Application for Retention of Professional) filed by Debtor Kimberly Susan Norelli) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 1/30/24

                                                  Jeanne Naughton
                                                  Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Kimberly Susan Norelli  
  Debtor

Case No. 23-14999-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2  
Date Rcvd: Jan 30, 2024    Form ID: ntchrgbk    Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly Susan Norelli, 20 CLIFF COURT, SUCCASUNNA, NJ 07876-1401 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2024 at the address(es) listed below:**

**Name**    **Email Address**

Aaron Mizrahi  
  on behalf of Debtor Kimberly Susan Norelli am@mizrahi.law

Avram D White  
  on behalf of Debtor Kimberly Susan Norelli clistbk3@gmail.com  
  adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com

Denise E. Carlon  
  on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com  
  bkgroup@kmllawgroup.com

Jenelle C Arnold  
  on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing bkecfinbox@aldridgepite.com  
  jarnold@ecf.courtdrive.com

Marie-Ann Greenberg  
  magecf@magtrustee.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 30, 2024 | Form ID: ntchrgbk | Total Noticed: 1 |

Sindi Mncina
    on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7