UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WHITE AND CO, ATTORNEYS AND
COUNSELLORS LLC
523 PARK AVENUE
SUITE 3
ORANGE, NEW JERSEY 07050
973-669-0857; 888-481-1709 TELEFAX
Avram D. White, Esq.
Counsel to the Debtor

In Re:

    KIMBERLY SUSAN NORELLI,

                            DEBTOR.

Case No.:    23-14999-VFP

Chapter:    13

Hearing Date:    MARCH 21, 2024

Judge:    VINCENT PAPALIA

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter:   Document #55 on ECF (Application For Retention of Professional

LAKEWOOD GROUP REALTY as REAL ESTATE BROKER) is withdrawn

Date: MARCH 21, 2024

/s/ Avram D. White
Signature

*rev.8/1/15*