| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** |
| **Marie-Ann Greenberg MAG-1284** <br> **Marie-Ann Greenberg, Standing Trustee** <br> **30 TWO BRIDGES ROAD** <br> **SUITE 330** <br> **FAIRFIELD, NJ  07004-1550** <br> **973-227-2840** <br> **Chapter 13 Standing Trustee** |
| IN RE: <br>     KIMBERLY SUSAN NORELLI |



Order Filed on March 22, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  23-14999

Hearing Date:  03/21/2024

Judge:  VINCENT F. PAPALIA

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: March 22, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

1

Debtor(s): KIMBERLY SUSAN NORELLI

Case No.: 23-14999VFP

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 03/21/2024 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 3/21/2024 of the plan filed on 07/20/2023, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 04/04/2024 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.