Form 186 − ntc13plnprior

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−14999−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kimberly Susan Norelli
   20 CLIFF COURT
   SUCCASUNNA, NJ 07876

Social Security No.:
   xxx−xx−8038

Employer's Tax I.D. No.:

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION;
FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on 7/20/23 and a confirmation hearing on such Plan has been scheduled for 3/21/24.

The debtor filed a Modified Plan on 4/5/24 and a confirmation hearing on the Modified Plan is scheduled for 5/16/2024. Accordingly, notice is hereby given that,

1.   Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.   Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.   The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.


Dated: April 5, 2024
JAN:

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-14999-VFP
Kimberly Susan Norelli  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 4
Date Rcvd: Apr 05, 2024    Form ID: 186    Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly Susan Norelli, 20 CLIFF COURT, SUCCASUNNA, NJ 07876-1401 |
| 519940289 | + | Citibank, N.A., PO Box 5870, Grand Central Station, New York, NY 10163-5870 |
| 519940298 | + | HILL WALLACK LLP, 240 CEDAR KNOLLS ROAD, SUITE 400, CEDAR KNOLLS, NJ 07927-1621 |
| 519940299 | | JPMorgan Chase Bank, Chase Small Business Banking, 811 Rusk Street, Houston, TX 77002 |
| 519976216 | + | Janice Rothenberger, 8 Park Terrace, East Hanover, NJ 07936-2922 |
| 520101023 | + | New Jersey Natural Gas, 1415 Wykoff Rd., PO Box 1378, Wall, NJ 07719-1378 |
| 519940306 | + | Sheriff James M. Gannon, Morris County Courthouse, 56 Washington St, FOR NOTICE ONLY, Morristown, NJ 07960-6812 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 05 2024 21:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 05 2024 21:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 05 2024 20:59:00 | NewRez LLC D/B/A Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd.,, Suite 450, Alpharetta, GA 30004-2001 |
| 519949918 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 05 2024 21:03:58 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519997617 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 05 2024 21:03:59 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519947111 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 05 2024 20:59:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519940277 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 05 2024 21:25:18 | Capital One Bank USA NA, 15000 Capital One Drive, PO # EPUS2-0000473587, Henrico, VA 23238 |
| 519940278 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 05 2024 21:14:38 | Capital One Bank USA NA, PO Box 85015, Richmond, VA 23285 |
| 519940288 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 05 2024 21:03:53 | Citibank, N.A., PO Box 6615, The Lakes, NV 88901 |
| 519940287 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 05 2024 21:14:47 | Citibank, N.A., 7930 NW 110th St., Kansas City, MO 64153 |
| 519940274 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 05 2024 21:04:19 | Capital One Bank N.A., PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519940273 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

Case 23-14999-VFP    Doc 67    Filed 04/07/24    Entered 04/08/24 00:16:08    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 05, 2024 | Form ID: 186 | Total Noticed: 51 |

| | | | |
|---|---|---|---|
| | | Apr 05 2024 21:04:12 | Capital One Bank N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519940275 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 05 2024 21:04:27 | Capital One Bank USA, 10700 Capital One Way, Glen Allen, VA 23060-9243 |
| 519940276 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 05 2024 21:03:51 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519940292 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 05 2024 21:00:00 | Comenity Bank, #100, 2795 E Cottonwood Pkwy,, Salt Lake City, UT 84121-7090 |
| 519940290 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 05 2024 21:00:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 519940291 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 05 2024 21:00:00 | Comenity Bank, PO BOX 183789, Columbus, OH 43218-2789 |
| 519940293 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 05 2024 21:00:00 | Comenity Bank Avenue, PO Box 182789, Columbus, OH 43218-2789 |
| 519940294 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 05 2024 21:00:00 | Comenity Bank/Ashstwrt, P.O.Box 182789, Columbus, OH 43218-2789 |
| 519940295 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 05 2024 21:00:00 | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 519940296 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 05 2024 21:00:00 | Comenity Capital HSN, PO Box 182120, Columbus, OH 43218-2120 |
| 519940297 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 05 2024 21:00:00 | Comenity/Annie Sez, PO Box 182789, Columbus, OH 43218-2789 |
| 520000448 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 05 2024 21:01:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519940282 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 05 2024 21:03:57 | Chase Bank Card Services, 4925 Independence Way, Tampa, FL 33634 |
| 519940283 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 05 2024 21:03:51 | Chase Bank USA NA, PO Box 15298, Wilmington, DE 19850 |
| 519940284 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 05 2024 21:03:50 | Chase Bank USA, NA, PO Box 15922, Wilmington, DE 19850 |
| 519940285 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 05 2024 21:25:18 | Chase Bank, N. A., PO BOX 24696, Columbus, OH 43224 |
| 519940286 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 05 2024 21:15:03 | Chase Bank, N.A., PO Box 15298, Wilmington, DE 19850 |
| 519940300 | + Email/Text: PBNCNotifications@peritusservices.com | Apr 05 2024 20:59:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 519940301 | + Email/Text: PBNCNotifications@peritusservices.com | Apr 05 2024 20:59:00 | Kohl's, PO Box 3004, Milwaukee, WI 53201-3004 |
| 519940302 | + Email/Text: PBNCNotifications@peritusservices.com | Apr 05 2024 20:59:00 | Kohl's, PO Box 3084, Milwaukee, WI 53201-3084 |
| 519940303 | + Email/Text: PBNCNotifications@peritusservices.com | Apr 05 2024 20:59:00 | Kohl's Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519940304 | + Email/Text: PBNCNotifications@peritusservices.com | Apr 05 2024 20:59:00 | Kohls Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519979345 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 05 2024 21:04:23 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519992451 | + Email/Text: mtgbk@shellpointmtg.com | Apr 05 2024 20:59:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 519980600 | + Email/Text: RASEBN@raslg.com | Apr 05 2024 20:59:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519988005 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 05 2024 21:04:02 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 519966536 | | Email/Text: bnc-quantum@quantum3group.com | Apr 05 2024 21:01:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519940305 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 05 2024 20:59:00 | Shellpoint Mortgage Servicing, 55 Beattie Place, Suite 600, Greenville, SC 29601-2165 |
| 519940307 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 05 2024 21:04:11 | Synchrony Financial, 777 Long Ridge Road, Stamford, CT 06902-1259 |
| 519940309 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Apr 05 2024 21:04:20 | T-Mobile, Bankruptcy, PO Box 37380, Albuquerque, NM 87176 |
| 519940308 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Apr 05 2024 21:03:59 | T-Mobile, PO Box 742596, Cincinnati, OH 45274 |
| 519948647 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 05 2024 21:04:17 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519940310 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Apr 05 2024 21:04:02 | T-Mobile Financial, P0 Box 2400, Young America, MN 55553 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519940279 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank USA NA, PO Box 85015, Richmond, VA 23285-5075 |
| 519940280 | * | Capital One Bank, N.A., PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519940281 | *+ | Capital One Bank, N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 07, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Mizrahi | on behalf of Debtor Kimberly Susan Norelli am@mizrahi.law |
| Avram D White | on behalf of Debtor Kimberly Susan Norelli clistbk3@gmail.com adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com |

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 05, 2024 | Form ID: 186 | Total Noticed: 51 |

bkgroup@kmllawgroup.com

Jenelle C Arnold

on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing bkecfinbox@aldridgepite.com
jarnold@ecf.courtdrive.com

Marie-Ann Greenberg

magecf@magtrustee.com

Sindi Mncina

on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7