Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                  Case No.: 23−14999−VFP
                                  Chapter: 13
                                  Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kimberly Susan Norelli
   20 CLIFF COURT
   SUCCASUNNA, NJ 07876

Social Security No.:
   xxx−xx−8038

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/21/24.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 21, 2024
JAN: mcp

                                                                                     Jeanne Naughton
                                                                                     Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-14999-VFP |
| Kimberly Susan Norelli | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 21, 2024 | Form ID: 148 | Total Noticed: 51 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly Susan Norelli, 20 CLIFF COURT, SUCCASUNNA, NJ 07876-1401 |
| 519940289 | + | Citibank, N.A., PO Box 5870, Grand Central Station, New York, NY 10163-5870 |
| 519940298 | + | HILL WALLACK LLP, 240 CEDAR KNOLLS ROAD, SUITE 400, CEDAR KNOLLS, NJ 07927-1621 |
| 519940299 | | JPMorgan Chase Bank, Chase Small Business Banking, 811 Rusk Street, Houston, TX 77002 |
| 519976216 | + | Janice Rothenberger, 8 Park Terrace, East Hanover, NJ 07936-2922 |
| 520101023 | + | New Jersey Natural Gas, 1415 Wykoff Rd., PO Box 1378, Wall, NJ 07719-1378 |
| 519940306 | + | Sheriff James M. Gannon, Morris County Courthouse, 56 Washington St, FOR NOTICE ONLY, Morristown, NJ 07960-6812 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 21 2024 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 21 2024 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 21 2024 20:44:00 | NewRez LLC D/B/A Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd.,, Suite 450, Alpharetta, GA 30004-2001 |
| 519949918 | + | EDI: AISACG.COM | Jun 22 2024 00:21:00 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519997617 | + | EDI: AISACG.COM | Jun 22 2024 00:21:00 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519947111 | | EDI: BANKAMER | Jun 22 2024 00:21:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519940277 | | EDI: CAPITALONE.COM | Jun 22 2024 00:21:00 | Capital One Bank USA NA, 15000 Capital One Drive, PO # EPUS2-0000473587, Henrico, VA 23238 |
| 519940278 | | EDI: CAPITALONE.COM | Jun 22 2024 00:21:00 | Capital One Bank USA NA, PO Box 85015, Richmond, VA 23285 |
| 519940288 | | EDI: CITICORP | Jun 22 2024 00:21:00 | Citibank, N.A., PO Box 6615, The Lakes, NV 88901 |
| 519940287 | | EDI: CITICORP | Jun 22 2024 00:21:00 | Citibank, N.A., 7930 NW 110th St., Kansas City, MO 64153 |
| 519940274 | | EDI: CAPITALONE.COM | Jun 22 2024 00:21:00 | Capital One Bank N.A., PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519940273 | + | EDI: CAPITALONE.COM | | |

| | | | | |
|---|---|---|---|---|
| 519940275 | + | EDI: CAPITALONE.COM | Jun 22 2024 00:21:00 | Capital One Bank N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519940276 | + | EDI: CAPITALONE.COM | Jun 22 2024 00:21:00 | Capital One Bank USA, 10700 Capital One Way, Glen Allen, VA 23060-9243 |
| 519940292 | + | EDI: WFNNB.COM | Jun 22 2024 00:21:00 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519940290 | | EDI: WFNNB.COM | Jun 22 2024 00:21:00 | Comenity Bank, #100, 2795 E Cottonwood Pkwy,, Salt Lake City, UT 84121-7032 |
| 519940291 | | EDI: WFNNB.COM | Jun 22 2024 00:21:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 519940293 | + | EDI: WFNNB.COM | Jun 22 2024 00:21:00 | Comenity Bank, PO BOX 183789, Columbus, OH 43218-2789 |
| 519940294 | + | EDI: WFNNB.COM | Jun 22 2024 00:21:00 | Comenity Bank Avenue, PO Box 182789, Columbus, OH 43218-2789 |
| 519940295 | + | EDI: WFNNB.COM | Jun 22 2024 00:21:00 | Comenity Bank/Ashstwrt, P.O.Box 182789, Columbus, OH 43218-2789 |
| 519940296 | + | EDI: WFNNB.COM | Jun 22 2024 00:21:00 | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 519940297 | + | EDI: WFNNB.COM | Jun 22 2024 00:21:00 | Comenity Capital HSN, PO Box 182120, Columbus, OH 43218-2120 |
| 520000448 | | EDI: JEFFERSONCAP.COM | Jun 22 2024 00:21:00 | Comenity/Annie Sez, PO Box 182789, Columbus, OH 43218-2789 |
| 519940282 | | EDI: JPMORGANCHASE | Jun 22 2024 00:21:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519940283 | | EDI: JPMORGANCHASE | Jun 22 2024 00:21:00 | Chase Bank Card Services, 4925 Independence Way, Tampa, FL 33634 |
| 519940284 | | EDI: JPMORGANCHASE | Jun 22 2024 00:21:00 | Chase Bank USA NA, PO Box 15298, Wilmington, DE 19850 |
| 519940285 | | EDI: JPMORGANCHASE | Jun 22 2024 00:21:00 | Chase Bank USA, NA, PO Box 15922, Wilmington, DE 19850 |
| 519940286 | | EDI: JPMORGANCHASE | Jun 22 2024 00:21:00 | Chase Bank, N. A., PO BOX 24696, Columbus, OH 43224 |
| 519940300 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 22 2024 00:21:00 | Chase Bank, N.A., PO Box 15298, Wilmington, DE 19850 |
| 519940301 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 21 2024 20:43:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 519940302 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 21 2024 20:43:00 | Kohl's, PO Box 3004, Milwaukee, WI 53201-3004 |
| 519940303 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 21 2024 20:43:00 | Kohl's, PO Box 3084, Milwaukee, WI 53201-3084 |
| 519940304 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 21 2024 20:43:00 | Kohl's Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519979345 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 21 2024 20:43:00 | Kohls Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519992451 | + | Email/Text: mtgbk@shellpointmtg.com | Jun 21 2024 20:49:44 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519980600 | + | Email/Text: RASEBN@raslg.com | Jun 21 2024 20:44:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| | | | Jun 21 2024 20:44:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

| Recip ID | Notice Type | Date | Name and Address |
|---|---|---|---|
| 519988005 | EDI: PRA.COM | Jun 22 2024 00:21:00 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 519966536 | EDI: Q3G.COM | Jun 22 2024 00:21:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519940305 | + Email/Text: mtgbk@shellpointmtg.com | Jun 21 2024 20:44:00 | Shellpoint Mortgage Servicing, 55 Beattie Place, Suite 600, Greenville, SC 29601-2165 |
| 519940307 | + EDI: SYNC | Jun 22 2024 00:21:00 | Synchrony Financial, 777 Long Ridge Road, Stamford, CT 06902-1259 |
| 519940309 | EDI: AISTMBL.COM | Jun 22 2024 00:21:00 | T-Mobile, Bankruptcy, PO Box 37380, Albuquerque, NM 87176 |
| 519940308 | EDI: AISTMBL.COM | Jun 22 2024 00:21:00 | T-Mobile, PO Box 742596, Cincinnati, OH 45274 |
| 519948647 | + EDI: AIS.COM | Jun 22 2024 00:21:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519940310 | EDI: AISTMBL.COM | Jun 22 2024 00:21:00 | T-Mobile Financial, P0 Box 2400, Young America, MN 55553 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519940279 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank USA NA, PO Box 85015, Richmond, VA 23285-5075 |
| 519940280 | * | Capital One Bank, N.A., PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519940281 | *+ | Capital One Bank, N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 23, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Mizrahi | on behalf of Debtor Kimberly Susan Norelli am@mizrahi.law |
| Avram D White | on behalf of Debtor Kimberly Susan Norelli clistbk3@gmail.com adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com |

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 21, 2024 | Form ID: 148 | Total Noticed: 51 |

bkgroup@kmllawgroup.com

Jenelle C Arnold

on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing bkecfinbox@aldridgepite.com
jarnold@ecf.courtdrive.com

Marie-Ann Greenberg

magecf@magtrustee.com

Sindi Mncina

on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7